IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRYSTAL AND ANDREW FRY, Individually and as the Administrators of the Estate of JADE ELIZABETH FRY      Plaintiffs, | : : : : : : | NO. 1:16-cv-984   (Jones, J.) |
| v. | : : | (Filed Electronically) |
| UNITED STATES OF AMERICA,      Defendant. | : : | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant United States of America, by counsel, requests that this Court enter summary judgment in its favor pursuant to Fed. R. Civ. P. 56(a). Counsel for Defendant will simultaneously file a brief in support of this motion.

Counsel within this office contacted Plaintiffs' counsel to obtain consent to the filing of this motion. Plaintiffs do not consent to the filing of this motion.

Respectfully submitted,

BRUCE D. BRANDLER
United States Attorney

s/ Shana B. Bellin
Shana B. Bellin
Assistant United States Attorney
PA 315513
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA  17108
Tel:  (717) 221-4482
Fax:  (717) 221-4493
shana.b.bellin@usdoj.gov

Melissa A. Swauger
Assistant United States Attorney
PA 82382
melissa.swauger@usdoj.gov

Michael J. Butler
Assistant United States Attorney
PA 81799
michael.j.butler@usdoj.gov

Dated: 3/20/2017

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRYSTAL AND ANDREW FRY,** Individually and as the Administrators of the Estate of **JADE ELIZABETH FRY** Plaintiffs, | : : : : : : : | NO. 1:16-cv-984 (Jones, J.) |
| v. | : : : | (Filed Electronically) |
| **UNITED STATES OF AMERICA,** Defendant | : : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this **20th day of March, 2017**, she served a copy of the attached

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

by electronic service pursuant to Local Rule 5.7 and Standing Order 05-6, & 12.2 to the following individual(s):

Robin J. Marzella, Esq.
3513 N. Front St.
Harrisburg, PA 17110

/s/ Cindy J. Long
CINDY J. LONG